# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| *In re MiMedx Group, Inc. Securities Litigation* | **Civil Action No 1:13-cv-03074-TWT**<br><br>**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL** |

1

I, Laurence Rosen, declare:

1. I am the managing attorney of The Rosen Law Firm, P.A., attorney for Arnold Entz ("Plaintiff"). I make this declaration in support of Plaintiff's motion for class certification, and appointment of class representative and class counsel. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1    Expert Report of Paul J. Seguin, PhD

    Exhibit 2    Firm resume of The Rosen Law Firm, P.A.

    Exhibit 3    Declaration of Arnold Entz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 16, 2015

                                        */s/ Laurence  Rosen*