UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| *In re MiMedx Group, Inc. Securities Litigation* | Civil Action No 1:13-cv-03074-TWT |

**[PROPOSED] ORDER CERTIFYING THE CLASS, APPOINTING CLASS REPRESENTATIVE AND APPOINTING CLASS COUNSEL**

The Motion of proposed class representative Arnold Entz (Plaintiff") in the above-entitled action, for an Order certifying a class (as defined below), appointing Plaintiff as class representative and appointing class counsel, came on for hearing before the Court.

Upon reading and considering the supporting papers filed in connection with Lead Plaintiff's motion and the evidence presented in support thereof, and the Court finding that:

(a) under Rule 23(a)(1) the proposed Class is sufficiently numerous in that, based on documents submitted by Plaintiff, the Class consists of hundreds or thousands of persons rendering joinder of all class members impracticable;

(b) under Rule 23(a)(2) there exist common questions of law and fact as to all class members, which include, *inter alia,* whether: (i) the provisions of the Exchange Act were violated by Defendants' acts as alleged by Plaintiff; (ii) whether documents, including press releases and public statements issued by

1

Defendants to the investing public committed and/or misrepresented material facts about the Company and its business; and; and (vii) the extent to which damages have been sustained and the proper measure of damages.

(c) under Rule 23(a)(3) the claims and defenses of the proposed class representative are typical of the claims and defenses of all class members in that the proposed representative purchased MiMedx Group, Inc. ("MiMedx" or the "Company") stock during the Class Period, the alleged untrue statements or omissions were made uniformly to all Class members, and all Class members suffered the same type of damages;

(d) under Rule 23(a)(4) the proposed class representative has demonstrated that he will fairly and adequately protect the interests of the class;

(e) the proposed counsel for the Class, the Rosen Law Firm, P.A. has demonstrated that the firm is experienced in prosecuting class actions of this nature and will adequately represent the interests of the Class;

(f) under Rule 23(b)(3) the questions of law or fact are common to the members of the class (e.g. whether Defendants have violated the federal securities laws, and if so, the appropriate measure of damages) and predominate over any questions affecting only individual members;

(h) a class action is superior to other available methods for the fair and efficient adjudication of the controversy given the inherent similarity of each of the

claims and defenses to be asserted in the action and the adequacy of the class representative; and

(i) it appearing to the Court that good cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The above-styled action is hereby certified as a class action as to all claims and defenses at issue in the Second Amended Class Action Complaint (docket no. 67) in this action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure;

2. The "Class" of plaintiffs is defined as follows:

   All persons or entities that purchased or otherwise acquired MiMedx Group, Inc. ("MiMedx" or the "Company") securities between March 15, 2013 and September 4, 2013, inclusive and were damaged thereby (the "Class Period). Excluded from the Class are Defendants, the present and former officers and directors of MiMedx and any subsidiary thereof, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

3. Arnold Entz is appointed as the representative of the Class;

4.      The Rosen Law Firm, P.A. is appointed as Class Counsel for all purposes in this Class Action and the Antonino Firm LLC is appointed as Liaison Class Counsel; and

5.      The parties shall meet and confer on the form and manner of providing notice, and within sixty (60) days of the entry of this order, submit their proposal for notice to the Class to the Court for approval.

SO ORDERED:

Dated _____, 2015      _____
                              Hon. Thomas W. Thrash, Jr.
                              U.S. District Judge