# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *In re MiMedx Group, Inc. Securities Litigation* | Civil Action No 1:13-cv-03074-TWT |

# PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiff Tim Kelly and Named Plaintiffs Alexina Brandford and Mark Canterna ("Plaintiffs"), by and through their undersigned attorneys, hereby move this court for entry of an Order (a) preliminarily approving the settlement between Plaintiffs and Defendants; (b) approving the notice to the Class of the Proposed Settlement; (c) certifying the Settlement Class; and (d) setting a hearing date for final approval of the Settlement. The Defendants do not oppose the relief requested by this motion.

Respectfully submitted this 18th day of November, 2015.

## THE ROSEN LAW FIRM, P.A.

s/ Laurence M. Rosen, Esq.

Laurence M. Rosen, Esq. (admitted *pro hac vice)*
Phillip Kim, Esq. (admitted *pro hac vice)*
Sara Fuks, Esq. (admitted *pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827
sfuks@rosenlegal.com
lrosen@rosenlegal.com
pkim@rosenlegal.com

Lead Counsel for Plaintiffs

and

Lauren S. Antonino, Esq.
Ga. Bar No. 652408
The Antonino Firm LLC
Five Concourse Parkway
Suite 1425
Atlanta, Georgia  30328
Tel:  770-408-1229
Fax: 866-372-5586
lauren@antoninofirm.com

Liaison Counsel for Plaintiffs

1

## Local Rule 7.1D Certification

Counsel for Plaintiff hereby certifies that the foregoing Motion to Amend the Complaint to Add Additional Proposed Class Representative has been prepared with Times New Roman 14 point font, one of the fonts and point selections approved by the Court in Local Rule 5.1C.

This 2nd Day of February, 2015              s/ Sara Fuks, Esq.

## CERTIFICATE OF SERVICE

I, Sara E. Fuks, hereby certify that I electronically filed the foregoing Motion to Amend the Complaint to Add Additional Proposed Class Representatives with the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorney of record.

This 2nd day of February, 2015                    s/ Sara Fuks, Esq.