IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE MIMEDX GROUP, INC. SECURITIES LITIGATION | CIVIL ACTION FILE NO. 1:13-CV-3074-TWT |

**ORDER**

This is a securities fraud class action. It is before the Court on the Plaintiffs' Motion to Certify Class [Doc. 76] and the Defendants' Motion to Exclude Expert Report [Doc. 84] which are DENIED without prejudice. The motions may be renewed if the proposed settlement is not approved.

SO ORDERED, this 20 day of January, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge