# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| *In re MiMedx Group, Inc. Securities Litigation* | **Civil Action No 1:13-cv-03074-TWT** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Court-Appointed Lead Plaintiff Tim Kelly and Named Plaintiffs Alexina Brandford and Mark Canterna ("Plaintiffs"), by and through their undersigned attorneys, hereby move this court for entry of an Order Finally Approving the Class Action Settlement and Plan of Allocation. A Proposed Order and Final Judgment is submitted herewith.

Respectfully submitted this 8th day of March, 2016.

**THE ROSEN LAW FIRM, P.A.**

s/ Laurence M. Rosen, Esq.

Laurence M. Rosen, Esq. (admitted *pro hac vice)*
Phillip Kim, Esq. (admitted *pro hac vice)*
Sara Fuks, Esq. (admitted *pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827
sfuks@rosenlegal.com
lrosen@rosenlegal.com
pkim@rosenlegal.com

Lead Counsel for Plaintiffs

and

Lauren S. Antonino, Esq.
Ga. Bar No. 652408
The Antonino Firm LLC
Six Concourse Parkway
Suite 2920
Atlanta, Georgia  30328
Tel:  770-408-1229
Fax: 866-372-5586
lauren@antoninofirm.com

Liaison Counsel for Plaintiffs

## Local Rule 7.1D Certification

Counsel for Plaintiff hereby certifies that the foregoing Motion For Final Approval of Class Action Settlement and Plan of Allocation has been prepared with Times New Roman 14 point font, one of the fonts and point selections approved by the Court in Local Rule 5.1C.

This 8th Day of March, 2016                    <u>s/ Sara Fuks, Esq.</u>

## CERTIFICATE OF SERVICE

I, Sara E. Fuks, hereby certify that I electronically filed the foregoing Motion For Final Approval of Class Action Settlement and Plan of Allocation with the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorney of record.

This 8th  day of March, 2016                               s/ Sara Fuks, Esq.